**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

Aaron H. Watman

                                  CIVIL ACTION

v.                                    NO. 04-40162-PBS

Lawrence Groman

**BRIEFING ORDER**

**SARIS, D.J.**

      IT IS HEREBY ORDERED that the Appellant file and serve his brief by **September 13, 2004**, and the Appellee file and serve his brief by **September 27, 2004**. The Appellant may file and serve his reply brief by **October 11, 2004**. The record shall be filed by no later than **October 11, 2004.**

    Failure of the Appellant to file his brief on the date set forth above will result in the entry of an ORDER dismissing the appeal. Failure of the Appellee to file his brief may result in a decision by the Court without further opportunity for the Appellee to present his arguments.

                                                  By the Court,

                                                  /s/ Robert C. Alba
                                                  Deputy Clerk

Date: August 23, 2004