UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AARON H. WATMAN; , <br><br> Appelant, <br><br> v. <br><br> LAWRENCE GROMAN, <br><br> Appellee. | C.A. No. 04-40162-PBS |

### NOTICE OF APPEARANCE OF COUNSEL AND CHANGE OF ADDRESS ON RECORD

Please take notice that the undersigned hereby appears for Lawrence Groman and that the address of the undersigned has changed to the following:

Bodoff & Slavitt LLP
225 Friend Street, 7th Floor
Boston, MA 02114-1812
617-742-7300 (phone)
617-742-9969 (fax)

Respectfully submitted,

LAWRENCE GROMAN

By his attorney,

_____
Joseph Bodoff (BBO #549116)
Bodoff & Slavitt LLP
225 Friend Street, 7th Floor
Boston, MA  02114
(617) 742-7300

Dated: September 17, 2004

{00006449.1}

## Certificate of Service

I, David J. Harding, hereby certify that I served a copy of the foregoing by forwarding a copy of same by first-class mail to Leslie F. Su & Peter J. Haley at Gordan Haley LLP, 101 Federal Street, Boston, MA 02110.

_____

Dated: September 17, 2004

{00006449.1}                                            2