UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 SEP 27  P 1: 35

U.S. DISTRICT COURT
DISTRICT OF MASS.

In re )
)
AARON WATMAN, )
) Bankruptcy Appeal
Debtor ) Civil Action No. 04-40162
)
)
AARON H. WATMAN, ) Bankruptcy Case No. 99-41923
Defendant/Appellant ) Adversary Proceeding No. 99-4240
)
v. )
)
LAWRENCE GROMAN, )
Plaintiff/Appellee )
)

**ASSENTED-TO EMERGENCY MOTION OF APPELLEE FOR
EXTENSION OF TIME TO FILE BRIEF**

TO THE HONORABLE PATTI B. SARIS, DISTRICT COURT JUDGE:

AND NOW, comes Lawrence Groman, the appellee in the above-captioned bankruptcy appeal, and requests, with the assent of the Appellant, that he be granted a two-day extension – until September 29, 2004 – to file his brief in the within matter. In support of this Motion, Appellee alleges that substantial and final revisions to the brief made by his counsel, for reasons yet unknown, appear not to have been saved by the computer system. The additional time is needed to permit counsel to recreate the changes made by him and to put the brief in final form.

{00009369.1}

WHEREFORE, it is respectfully requested that this Court enter an order extending until September 29, 2004 the date for him to file his brief in the within matter.

LAWRENCE GROMAN,
By his attorneys,

_____
Joseph S.U. Bodoff (BBO #549116)
Bodoff & Slavitt LLP
225 Friend Street
Boston, MA 02114
(617) 742-7300

Dated: September 27, 2004

## CERTIFICATE OF SERVICE

I, Christine Yancovitz hereby certify that on September 27, 2004 I did serve the foregoing motion by causing a copy of same to be sent by first-class mail and facsimile transmission to Peter J. Haley, Esq., Gordon Haley LLP, 101 Federal Street, Boston, MA 02110, fax no. 617-261-0789.

_____
Christine Yancovitz

{00009369.1}