UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 SEP 29 P 3: 20

U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| In re ) | |
| ) | |
| AARON WATMAN, ) | |
| ) | Bankruptcy Appeal |
| Debtor ) | Civil Action No. 04-40162 PBS |
| ) | |
| ) | |
| AARON H. WATMAN, ) | Bankruptcy Case No. 99-41923 |
| Defendant/Appellant ) | Adversary Proceeding No. 99-4240 |
| ) | |
| v. ) | |
| ) | |
| LAWRENCE GROMAN, ) | |
| Plaintiff/Appellee ) | |

### CERTIFICATE OF SERVICE

I, Christine Yancovitz, hereby certify that on September 29, 2004, I served the Brief for Appellee by causing a copy of same to be hand delivered to Peter Haley, Esq., Gordon Haley LLP, 101 Federal Street, Boston, MA 02110.

Christine Yancovitz
Paralegal
Bodoff & Slavitt LLP
225 Friend Street, 7th Floor
Boston, MA 02114-1812
617-742-7300 x204

Dated: 09-29-04