UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Aaron H. Watman

               Appellant / Debtor,           CIVIL ACTION
                                        NO.   04-40162-PBS

       v.

Lawrence Groman

               Appellee.


**NOTICE OF HEARING**


SARIS, U.S.D.J.                                          September 7, 2005


      TAKE NOTICE that the above-entitled case has been set for a  Hearing re: Bankruptcy Appeal on **September 13, 2005**, at **10:00 a.m.**, in Courtroom No. 19, 7th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts**.**


                                     By the Court,


                                   /s/ Robert C. Alba
                                  Deputy Clerk


Copies to:  All Counsel