UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re ) | |
| ) | |
| AARON H. WATMAN, ) | |
| ) | |
| Debtor. ) | |
| ) | |
| AARON H. WATMAN, ) | CIVIL ACTION NO. 04-40162-PBS |
| ) | |
| Defendant/Debtor/Appellant, ) | Bankruptcy Case No. 99-41823-JBR |
| ) | |
| v. ) | Adversary Proceeding No. 99-4240 |
| ) | |
| LAWRENCE GROMAN ) | |
| ) | |
| Plaintiff/Creditor/Appellee. ) | |
| ) | |

NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

Aaron H. Watman, the above-captioned Debtor/Defendant/Appellant, appeals to the United States Court of Appeals for the First Circuit from the Memorandum and Order of the Honorable Patti B. Saris, United States District Judge, entered in this civil action on September 27, 2005 [**Docket No. 12**], and in which the Court affirmed the order of the United States Bankruptcy Court for the District of Massachusetts denying the Debtor/Defendant/Appellant's discharge of indebtedness pursuant to 11 U.S.C. § 727(a)(7).

The names of all parties to the Memorandum and Order appealed from and the names, addresses and telephone numbers of their respective attorneys are as follows:

Counsel for Lawrence Groman:    Joseph S.U. Bodoff
Bodoff & Slavitt LLP
225 Friend Street, 7th Fl.
Boston, Massachusetts 02114-1812
Tel:    (617) 742-7300

<u>Counsel for Aaron H. Watman</u>:      Peter J. Haley
Gordon Haley LLP
101 Federal Street
Boston, Massachusetts 02110
Tel.:   (617) 261-0100

                                 AARON H. WATMAN
By his attorneys,

                                 /s/ Leslie F. Su
Peter J. Haley
  BBO No. 543858
Leslie F. Su
  BBO No. 641833
Gordon Haley LLP
101 Federal Street
Boston, Massachusetts 02110

Dated: October 7, 2005                (617) 261-0100

P:\Clients\Watman\Plead\Appeal 04-40162 (USDC Sept 2004)\Notice of Appeal.doc