UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re AARON H. WATMAN,<br><br>    Debtor.<br><br>AARON H. WATMAN,<br><br>    Defendant/Debtor/Appellant,<br><br>v.<br><br>LAWRENCE GROMAN<br><br>    Plaintiff/Creditor/Appellee. | CIVIL ACTION NO. 04-40162-PBS |

CERTIFICATE STATING NO TRANSCRIPT WILL BE ORDERED

The Appellant, Aaron H. Watman ("Watman"), states that the transcripts designated by Watman to the record on appeal are already on file with the United States Bankruptcy Court for the District of Massachusetts and no additional transcripts will be ordered.

                                                                          AARON H. WATMAN,
                                                                         By his attorneys,

                                                                         /s/ Leslie F. Su
                                                                         Peter J. Haley
                                                                          BBO No. 543858
                                                                         Leslie F. Su
                                                                          BBO No. 641833
                                                                          Gordon Haley LLP
                                                                          101 Federal Street
                                                                          Boston, Massachusetts 02110
                                                                          Tel: (617) 261-0100
                                                                          Fax: (617) 261-0789
                                                                          e-mail: haley@gordonhaley.com
                                                                                     Lsu@gordonhaley.com

Dated: October 17, 2005
P:\Clients\Watman\Plead\Appeal 04-40162 (USDC Sept 2004)\Certificate stating no transcript will be ordered.doc

2

## CERTIFICATE OF SERVICE

      I, Leslie F. Su, do hereby certify that on October 17, 2005, I served the foregoing Certificate Stating No Transcript Will Be Ordered by causing a copy of the same to be sent by first-class mail to the following:

Joseph S.U. Bodoff
Bodoff & Slavitt LLP
225 Friend Street
Boston, Massachusetts  02114

      /s/ Leslie F. Su
      Leslie F. Su (BBO No. 641833)

P:\Clients\Watman\Plead\Appeal 04-40162 (USDC Sept 2004)\Certificate stating no transcript will be ordered.doc