UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 04-cv-40162

Aaron H. Watman

v.

Lawrence Groman

## CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 10/7/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on November 3, 2005.

Sarah A. Thornton, Clerk of Court

By Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 11/4/05 .

Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

ADR, APPEAL, BK APP

## United States District Court
## District of Massachusetts (Worcester)
## CIVIL DOCKET FOR CASE #: 4:04-cv-40162-PBS

In re: Aaron H. Watman
Assigned to: Judge Patti B. Saris
Cause: 28:0158 Notice of Appeal re Bankruptcy Matter (BA

Date Filed: 08/19/2004
Jury Demand: None
Nature of Suit: 422 Bankruptcy Appeal (801)
Jurisdiction: Federal Question

**Appellant**

**Aaron H Watman**  represented by  **Leslie F. Su**
Gordon Haley LLP
101 Federal Street
Boston, MA 02110
617-261-0100
Fax: 617-261-0789
Email: LSU@gordonhaley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter J. Haley**
Gordon Haley LLP
101 Federal St.
Boston, MA 02110
617-261-0100
Fax: 617-261-0789
Email: haley@gordonhaley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Appellee**

**Lawrence Groman**  represented by  **Joseph S. Bodoff**
Bodoff & Slavitt, LLP
225 Friend Street
Boston, MA 02114
617-742-7300
Fax: 617-742-9969
Email: jbodoff@bodoffslavitt.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Debtor**

**Aaron H Watman**  represented by  **Leslie F. Su**

        (See above for address)
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

**Peter J. Haley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mediator**

**Attorney Matthew Porter**

| Date Filed | # | Docket Text |
|---|---|---|
| 08/19/2004 | 1 | Notice of APPEAL FROM BANKRUPTCY COURT. Bankruptcy Court case number 04-41823. File received filed by Aaron H Watman.(Shattuck, Deborah) (Entered: 08/19/2004) |
| 08/23/2004 | 2 | Judge Patti B. Saris : Briefing ORDER entered. The Appellant must file and serve his brief by 9/13/04, and the Appellee must file and serve his brief by 9/27/04. The Appellant may file and serve his reply brief by 10/11/04. The record shall be filed by no later than 10/11/04. (Patch, Christine) (Entered: 08/25/2004) |
| 09/13/2004 | 3 | BRIEF by Aaron H Watman. (Patch, Christine) (Entered: 09/20/2004) |
| 09/13/2004 | 4 | APPENDIX (Volume 1 of 2) re 3 Brief by Aaron H Watman. (Patch, Christine) (Entered: 09/20/2004) |
| 09/13/2004 | 5 | APPENDIX (Volume 2 of 2) re 3 Brief by Aaron H Watman. (Patch, Christine) (Entered: 09/20/2004) |
| 09/20/2004 | 6 | NOTICE of Appearance and change of address by Joseph S. Bodoff on behalf of Lawrence Groman, c/s. (Jones, Sherry) (Entered: 09/20/2004) |
| 09/27/2004 | 7 | Assented to Emergency MOTION for Extension of Time to file Brief to 9/29/04 by Lawrence Groman.(Patch, Christine) (Entered: 09/29/2004) |
| 09/29/2004 |  | Judge Patti B. Saris : Electronic ORDER entered granting 7 Assented to Emergency Motion for Extension of Time to File Brief (Patch, Christine) (Entered: 09/29/2004) |
| 09/29/2004 | 8 | BRIEF by Lawrence Groman. (Patch, Christine) (Entered: 10/12/2004) |
| 09/29/2004 | 9 | CERTIFICATE OF SERVICE by Lawrence Groman re 8 Brief. (Patch, Christine) (Entered: 10/12/2004) |
| 09/07/2005 | 10 | NOTICE of Hearing:Hearing re: Bankruptcy Appeal set for 9/13/2005 at 10:00 AM in Courtroom 19 before Judge Patti B. Saris. (Alba, Robert) (Entered: 09/07/2005) |
| 09/13/2005 |  | Electronic Clerk's Notes for proceedings held before Judge Patti B. Saris: Argument on Bankruptcy Appeal held on 9/13/2005. Court take matter |

| | | |
|---|---|---|
| | | under advisement. Court refers parties to mediation A.S.A.P. (Court Reporter Cheryl Dahlstrom.) (Alba, Robert) (Entered: 09/13/2005) |
| 09/13/2005 | 11 | Judge Patti B. Saris : ORDER entered. REFERRING CASE to Alternative Dispute Resolution for Mediation A.S.A.P. (Patch, Christine) (Entered: 09/16/2005) |
| 09/23/2005 | | Notice of assignment to ADR Provider. ADR Panel member Matthew Porter, Esq. appointed.(Tyler, Rebecca) (Entered: 09/23/2005) |
| 09/23/2005 | | ELECTRONIC NOTICE of ADR Conference. Mediation set for 10/7/2005 at 10:00 AM before Matthew Porter, Esq. The mediation will take place at the offices of DECHERT LLP, 200 Clarendon Street, 27th floor, Boston 02116. Counsel are instructed to contact the mediator at 617-728-7126 to inquire about the submission of mediation memoranda. (Tyler, Rebecca) (Entered: 09/23/2005) |
| 09/27/2005 | 12 | Judge Patti B. Saris : ORDER entered. MEMORANDUM AND ORDER affirming the order of the bankruptcy court. (Patch, Christine) Additional attachment(s) added on 9/28/2005 (Patch, Christine). (Entered: 09/27/2005) |
| 09/27/2005 | | Civil Case Terminated. (Patch, Christine) (Entered: 09/27/2005) |
| 10/07/2005 | 13 | NOTICE OF APPEAL as to 12 Memorandum & ORDER by Aaron H Watman. $ 255 NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 10/27/2005. (Su, Leslie) (Entered: 10/07/2005) |
| 10/07/2005 | | Filing fee: $ 255.00, receipt number 67499 regarding Notice of Appeal (Patch, Christine) (Entered: 10/19/2005) |
| 10/17/2005 | 14 | DESIGNATION of Record on Appeal by Aaron H Watman re 13 Notice of Appeal, (Su, Leslie) (Entered: 10/17/2005) |
| 10/17/2005 | 15 | TRANSCRIPT ORDER FORM by Aaron H Watman re 13 Notice of Appeal, (Su, Leslie) (Entered: 10/17/2005) |