# United States Court of Appeals
## For the First Circuit

---

No. 05-2687

**MANDATE**

IN RE: AARON H. WATMAN

Debtor.

---

AARON H. WATMAN,

Debtor, Appellant,

v.

LAWRENCE GROMAN,

Creditor, Appellee.

---

**JUDGMENT**

Entered: August 21, 2006

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court is affirmed.

By the Court:

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

_____
Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 9/11/06

[cc: Ms. Su, Mr. Haley & Mr. Bodoff.]