# United States Court of Appeals
## For the First Circuit

No. 05-2687
D.C. No. 04-40162

IN RE: AARON H. WATMAN

Debtor

-----------------------------

AARON H. WATMAN

Debtor - Appellant

v.

LAWRENCE GROMAN

Creditor - Appellee

TAXATION OF COSTS

**Entered: September 12, 2006**

Costs in favor of Appellee Lawrence Groman are taxed as follows:

Reproduction of appellee's brief..................$82.55

TOTAL ..........$82.55

Pursuant to Fed. R. App. P. 39 (d)(3), the district court is directed to add this taxation of costs to the mandate issued on September 11, 2006.

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY OF
THE ORIGINAL ON FILE IN MY OFFICE
AND IN MY LEGAL CUSTODY.

FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA
By: [signature]  Date: 9/12/06

By the Court:
Richard Cushing Donovan, Clerk

By:_____
      Appeals Attorney

[Certified copies: Hon. Patti B. Saris and Ms. Sarah A. Thornton, Clerk of the United States District Court of Massachusetts]

[cc: Leslie F. Su, Esq., Peter J. Haley, Esq., Joseph S. Bodoff, Esq.]